Case 3:18-cv-02025-WGY                    Document 24

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF PUERTO RICO**

RECEIVED & FILED

2019 MAR 26   PM 4:42

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P R

| | |
|---|---|
| MANUEL JUSINO PALERMO y<br>NAHIR GIRON MOREL<br>**PLAINTIFFS**<br>v.<br>DUPONT AGRICULTURAL CARIBE<br>INDUSTRIES LIMITED, by itself and<br>through its Resident Agent C.T.<br>CORPORATION, also known as DUPONT<br>CONECTION and DUPONT<br>AGRICHEMICAL; AON HEIWITT LLC;<br>TRIPLE S SALUD, INC.; XYZ<br>COMPANY and ABC INSURER<br>**DEFENDANTS** | **CASE NO. 3:18-CV-02025** |

### PRO SE MOTION REQUESTING EXTENSION OF TIME

We, Manuel Jusino Palermo and Nahir Giron Morel, the plaintiffs in the above-named proceeding, respectfully move this Court to issue an order for an extension of time, at least 30 days, to reply any Motion presentment by the Defendants.

The principal reason is that today we received copy of "Triple-S Salud, Inc.'s Rule 12 (b) (6) Motion to Dismiss" via certified mail and right now we are in the process to contract a qualified attorney to assist us in this matter.

We, the undersigned, declare under penalty of perjury that the foregoing is true and correct.

**WHEREFORE,** Plaintiffs, respectfully request that this Court grant this Motion.

**WE HEREBY CERTIFY** that on March 15, 2019, we further certify that the foregoing document and will be sent to the Defendants to: jsanabria@sbglaw.com, avb@sbglaw.com, sara.colon-acevedo@jacksonlewis.com, Tatiana.Leal-Gonzalez@jacksonlewis.com .

Case 3:18-cv-02025-WGY                    Document 24

Dated: March 15, 2019.

Respectfully submitted,

Manuel Jusino Palermo
mj.jemco@gmail.com
P.O. Box 7683
Ponce, PR 00732
Tel. 787-649-4453

Nahir Giron Morel
nahirgiron@gmail.com
P.O. Box 7683
Ponce, PR 00732
Tel. 787-607-9577
